IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER AJAYI, JR.                                            PLAINTIFF

v.                                    No. 5:14-cv-245-DPM

E. ADAMS, Captain, Dub Brassell
Detention Center, ADC; TYRA TYLER,
Major, Dub Brassell Detention Center,
ADC; RONNIE COLE, Chief, Dub Brassell
Detention Center, ADC; and GERALD
ROBINSON, Sheriff, Dub Brassell
Detention Center, ADC                                           DEFENDANTS

ORDER

1. The Clerk accidentally sent Ajayi's mail to the incorrect address; the returned mail, № 6, was sent to 118 S. Chestnut Street instead of 1118 S. Chestnut Street. The Court directs the Clerk to re-send the Order denying Ajayi's motion to proceed *in forma pauperis*, № 4, along with this Order, to the proper address.

2. It's unclear whether Ajayi is still in prison; the new address is a residential one. If in prison, Ajayi must file a copy of his prison trust fund account signed by an ADC official along with any motion to proceed IFP. 28 U.S.C. § 1915(a)(2). If not in prison, he need only file an updated application and affidavit. His deadline to file a renewed motion or pay the

filing fee is extended to 26 August 2014.  Failure to do one or the other will result in the dismissal of his case without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 July 2014