IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER AJAYI, JR.                                    PLAINTIFF

v.                              No. 5:14-cv-245-DPM

E. ADAMS, Captain, Dub Brassell
Detention Center, ADC; TYRA TYLER,
Major, Dub Brassell Detention Center,
ADC; RONNIE COLE, Chief, Dub Brassell
Detention Center, ADC; and GERALD
ROBINSON, Sheriff, Dub Brassell
Detention Center, ADC                                    DEFENDANTS

## ORDER

This Court warned Ajayi that failure to file a new motion or pay the filing fee by 26 August 2014 would result in the dismissal of his case without prejudice. № 7. Ajayi failed to prosecute this action diligently, and therefore his complaint is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2014