IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER AJAYI, JR.                                      PLAINTIFF

v.                          No. 5:14-cv-245-DPM

E. ADAMS, Captain, Dub Brassell
Detention Center, ADC; TYRA TYLER,
Major, Dub Brassell Detention Center,
ADC; RONNIE COLE, Chief, Dub Brassell
Detention Center, ADC; and GERALD
ROBINSON, Sheriff, Dub Brassell
Detention Center, ADC                                       DEFENDANTS

## JUDGMENT

Ajayi's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2014